USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2025

# MEMORANDUM ENDORSED

Hon. Gregory H. Woods
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Kennedys**

22 Vanderbilt Avenue
Suite 2400
New York, New York 10017
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646 625 3979

Frank.Jordan@kennedyslaw.com

17 November 2025

Re:   *Lloyd's Underwriter Syndicate No. 1414 ASC et al. v. Eurocereali S.R.L, Santacroce Giovanni, S.P.A., and Ruggeri Agricoltura Di Ruggeri Mario & C. S.A.S.;* Southern District of New York, Case No.: 1:25-cv-08243 (GHW)

Dear Judge Woods,

Our office represents the captioned Plaintiffs in the above-referenced action. We respectfully write to request a short adjournment of the Initial Case Conference presently scheduled for December 10, 2025.

All of the defendants, Eurocereali S.R.L, Santacroce Giovanni, S.P.A., and Ruggeri Agricoltura Di Ruggeri Mario & C. S.A.S. (collectively, the "Defendants") in this matter are foreign entities for whom service would ordinarily need to proceed under the Hague Convention. However, those foreign defendants have recently executed waivers of service pursuant to Federal Rule of Civil Procedure 4(d). Pursuant to the executed waivers of service, the Defendants time to interpose a responsive pleading or otherwise move has been extended to December 19, 2025.

Because the execution of service waivers obviates the need for formal service abroad—thereby simplifying and expediting the process—the parties believe that a brief adjournment of the Initial Case Conference will allow all Defendants to appear and participate meaningfully. This will facilitate a more efficient Rule 16 conference and avoid the need to reconvene or supplement the conference once all the Defendants have formally appeared. This will also permit the parties time

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

**Kennedys offices, associations and cooperations:**  Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.

\.

# Kennedys

to meaningfully confer and submit a proposed Case Management Plan and Scheduling Order to the Court.

Accordingly, we respectfully request that the Court adjourn the Initial Case Conference to a date after January 2, 2026, so as to avoid any intersecting holidays, and to a date convenient to the Court. This is the first request for an adjournment and we are not aware that the extension affects any other scheduled dates. Incoming counsel for the Defendants, George M. Chalos, Esq. of Chalos & Co., P.C., has been consulted and joins in this request.

Therefore, we respectfully submit that there is a good-faith basis to adjourn the Initial Case Conference.

We thank the Court for its consideration.

Respectfully submitted,

*Frank Jordan*

**Frank Jordan**
Partner
for Kennedys

---

Application granted. The initial pretrial conference scheduled for December 10, 2025 is adjourned to January 12, 2026 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's October 6, 2025 order, Dkt. No. 4, are due no later than January 5, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 5.

SO ORDERED.

Dated: November 18, 2025         _____
New York, New York                    GREGORY H. WOODS
                                   United States District Judge